AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>WISAM A. SHARIEFF<br><br>*Defendant(s)* | Case No.<br>24-689 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Sept. 27 - Oct. 15, 2024** in the county of **Shelby** in the **Northern** District of **Alabama**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) and (e) | Conspiracy to produce child pornography |

This criminal complaint is based on these facts:
Please see attached affidavit.

☑ Continued on the attached sheet.

ERIC SALVADOR
Digitally signed by ERIC SALVADOR
Date: 2024.10.29 14:30:35 -05'00'

*Complainant's signature*

Eric C. Salvador, FBI SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/29/2024

*Judge's signature*

City and state: Birmingham, Alabama

John H. England, III, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric C. Salvador, being duly sworn, hereby depose and say:

## Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Birmingham Division. I have been a Special Agent since March 2017 and am currently assigned to Squad 3 of the FBI's Birmingham Division and to the FBI Birmingham Division's Child Exploitation and Human Trafficking Task Force. My duties include investigations related to internet crimes involving computers or electronic devices, child pornography, sexual exploitation of children, human trafficking, and various other violent crimes against children. Prior to my employment with the FBI, I was employed as a law enforcement officer by the State of Alabama for about nine years.

2. My duties include the detection and investigation of alleged crimes, including, but not limited to, investigating crimes against children and adults, exploitation of children, and child pornography. I have received training in investigative techniques involving computer-facilitated exploitation of children. I have conducted numerous investigations of these types of crimes and have assisted other law enforcement agents with investigations of this nature.

3. I make this affidavit in support of an application under Rules 3 and 4 of the Federal Rules of Criminal Procedure for a warrant authorizing the arrest of

1

Wisam A. SHARIEFF. As a Federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the Federal Rules of Criminal Procedure.

4. The factual information supplied in this application and affidavit is based upon my investigation and personal knowledge, information provided to me by other law enforcement officials and witnesses, and information from records checks conducted by law enforcement officials, support employees, and myself. I have not included each and every fact known to me concerning this investigation; however, I have not excluded any facts or circumstances that would tend to defeat the establishment of probable cause. I have set forth only the facts that I believe are necessary to establish probable cause to believe that SHARIEFF has violated 18 U.S.C. §§ 2251(a) and (e) (conspiracy to produce child pornography), and that, accordingly, a Criminal Complaint should be issued for SHARIEFF.

5. I submit this affidavit in support of a criminal complaint charging Wisam A. SHARIEFF with violating 18 U.S.C. §§ 2251(a) and (e) (conspiracy to produce child pornography).

**Statutory Authority**

6. 18. U.S.C. § 2251(a) makes it a federal crime for any person to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of the conduct, if the person

knows or has reason to know that the visual depiction will be transported in interstate or foreign commerce or mailed OR the visual depiction has been transported in interstate or foreign commerce or mailed.

7. 18 U.S.C. § 2251(e) makes it a federal crime for any individual to attempt or conspire to violate, this section (18 U.S.C. § 2251).

## INTRODUCTION

8. On October 15, 2024, an individual identifying herself as Wisam A. SHARIEFF's wife, telephoned the Alabama Department of Human Resources to report seeing videos of a minor female child watching adult pornography on SHARIEFF's phone. The caller stated that the child's mother was explaining the sexual acts to the child in the videos.

9. The caller stated that she recognized the minor child (hereinafter "MV") and MV's mother (hereinafter "SUSPECT 2") in the videos on SHARIEFF's phone. She recognized both MV and SUSPECT 2 because she met them in person at a conference in Atlanta, Georgia. Additionally, the caller reported that MV and SUSPECT 2 are residents of ▮▮▮▮▮▮ in Chelsea, Alabama.

10. Furthermore, the caller reported seeing messages on SHARIEFF's phone directing SUSPECT 2 to produce additional sexually explicit videos of MV

3

for SHARIEFF.

11. The caller reported seeing the messages between MV's mother and SHARIEFF in the Telegram Messenger Application.

12. The Telegram Messenger Application, commonly known as Telegram, is a cloud-based, cross-platform, social media and instant messaging (IM) service. Telegram allows users to exchange messages, share media and files, and hold private and group voice or video calls. Telegram offers end-to-end encryption in voice and video calls, and in optional private chats, which Telegram calls "Secret Chats."

13. According to the AlMaghrib Institute, SHARIEFF is listed as a specialist in teaching Quran recitation and retention, and he leads the Quran Revolution program for the AlMaghrib Institute. SHARIEFF has taught over 25,000 students worldwide.[2] AlMagrhub Institute lists SHARIEFF as an Imam[3] in his biography online.

## PROBABLE CAUSE

14. On October 15, 2024, investigators with the Shelby County Sheriff's Office identified, located, and made contact with both MV and SUSPECT 2 at ███████ in Chelsea, Alabama, which is in the Northern District of Alabama.

---

[2] https://www.almaghrib.org/instructors/wisam-sharieff/
[3] Imam is typically used to describe an Islamic leadership position, such a prayer leader of a mosque.

4

Investigators identified MV as has having a date of birth of ███████.

15. In a post *Miranda* statement, SUSPECT 2 spoke at length about her religion. SUSPECT 2 stated that SHARIEFF was her teacher in an online school about the Quran. During her training, SHARIEFF told SUSPECT 2 that achieving an orgasm would help her spiritually and allow her to communicate with Allah better. SUSPECT 2 expressed interest in helping MV become closer to Allah as well.

16. SUSPECT 2 bought MV a vibrator sex toy and showed MV how to use it on herself. SUSPECT 2 would stream adult pornography for MV to watch while she was masturbating. MV learned how to use the toy on herself and SUSPECT 2 would film MV performing sexual acts on herself.

17. SUSPECT 2 would produce videos of SUSPECT 2 and MV performing sexual acts on themselves and send them to SHARIEFF via the Telegram App, so SHARIEFF could guide them and let them know how far they were progressing on their quest to become closer to Allah.

18. Following the non-custodial interview of SUSPECT 2, multiple electronic devices and sexual toys were seized from SUSPECT 2 and MV's residence ███████.

19. On October 17, 2024, the Shelby County Circuit Court issued a search warrant for SUSPECT 2's electronic devices.

20. A forensic analysis was completed on SUSPECT 2's electronic devices.

A review of the forensic analysis revealed a private chat thread in the Telegram App between SUSPECT 2 and Telegram User: "WISAM;" UEID: 1148073958; Telephone Number: ███████6195. Telegram User: WISAM's profile picture was a picture of SHARIEFF.

21. SUSPECT 2 was identified in the private Telegram chat thread as Telegram User: HAMNA; UEID: 5944135648.

22. On October 25, 2024, AT&T provided a response to a previously issued Administrative Subpoena requesting subscriber information for telephone number ███████-6195. AT&T provided the following subscriber information:

- MSDIN: ███████-6195
- MSDIN Active: 07/06/2009 to Current
- Name: WISAM A SHARIEFF
- Address: ███████████████████ Euless, Texas 76039

23. The private chat thread on Telegram began at or around September 27, 2024, at 12:20 PM CST and ended on or around October 15, 2024, at 2:27 PM CST.

24. Throughout the Telegram chat thread, MV is referred to as "Humma" by both SHARIEFF and SUSPECT 2.

25. On or around October 8, 2024, the following conversation between SHARIEFF and SUSPECT 2 occurred in the Telegram App:

- WISAM: *You are special and safe with me your secrets, and our family time is a secret*
- WISAM: *You've been lied to by men for so long it's impossible to believe someone truthful*
- WISAM: *When can papa work on Quran with humma*

6

26. On or around October 13, 2024, the following conversation between SHARIEFF and SUSPECT 2 occurred in the Telegram App:

- WISAM: Posted the following video message:
    - Filename: telegram-cloud-document-1-4927205019050050706
    - Length: 0:12 seconds
    - Descriptions: The video depicted SHARIEFF shirtless and wearing headphones. In the video SHARIEFF stated the following: *Ah, I want to kiss Humma like that,* (SHARIEFF then makes kissing motions with his mouth and lips. SHARIEFF begins to moan.) *Are you two licking my Albo?*
- HAMNA: *Yes*
- HAMNA: Here
- WISAM: Love you
- HAMNA: I popped
- HAMNA: Posted a series of video messages. A few of the video messages can be described as the following:
    - Filename: telegram-cloud-document-1-4927205019050050709
    - Length 0:17 seconds
    - Description: The video depicted MV nude and using a sex toy on herself. MV is watching adult pornography on a phone that is propped in front of her.
    - Filename: telegram-cloud-document-1-4927205019050050710
    - Length: 0:25 seconds
    - Description: The video depicted MV nude, watching adult pornography on a phone and utilizing a sex toy on herself.
- HAMNA: *I get pleasure in imagining you with others*
- WISAM: Replied to one of the previously posted videos: *I love the humma thought*
- HAMNA: *Yes*
- WISAM: Posted the following video message:
    - Filename: telegram-cloud-document-1-4927205019050050711

- o   Length: 0:18 seconds
- o   Description: The video depicted SHARIEFF shirtless and wearing headphones. In the video SHARIEFF stated the following: *Humma I do love watching, I love when you are buzzing. Is it okay to see, while you buzz, even if you cum a little bit in the video? We are all buzzing and stroking, it feels so good.*

27. A series of back-and-forth messages between SHARIEFF and SUSPECT 2 occurred on October 13, 2024. Shortly thereafter, SHARIEFF posted the following message to Telegram:

- WISAM:
  - o   Filename: telegram-cloud-document-1-4927205019050050718
  - o   Length: 0:11 seconds
  - o   Description: The video depicted SHARIEFF shirtless and wearing headphones. In the video SHARIEFF stated the following: *You can tell me on your phone, you are the brown. I love you. You can tell me on your phone. Oh Humma! Humma, humma, humma* (SHARIEFF appeared to have an orgasm).

28. Throughout the course of the chats on Telegram. SHARIEFF and SUSPECT 2 traded multiple video messages back and forth. Some of the video messages sent by SUSPECT 2 contained videos of MV using a sex toy on herself. SHARIEFF and SUSPECT 2 routinely traded links to adult pornography on the internet and these links were used to show MV while she was utilizing the sex toy.

## CONCLUSION

29. Based on the foregoing, I have probable cause to believe that Wisam A. SHARIEFF has committed the offense of conspiracy to produce child

pornography, in violation of 18 U.S.C. §§ 2251(a) and (e), as charged in the accompanying criminal complaint.

## REQUST FOR SEALING

31. Your affiant further requests that the Court order that all papers in support of this complaint, including the affidavit and the complaint, as well as any arrest warrant that may be issued therefrom, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to the target of the investigation. Accordingly, there is a good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation and officer safety.

ERIC SALVADOR
Digitally signed by ERIC SALVADOR
Date: 2024.10.29 14:32:13 -05'00'

_____
Eric C. Salvador,
Special Agent
Federal Bureau of Investigation

Sworn to telephonically and subscribed electronically before me, this 29th day of October 2024.

_____
John H. England, III
United States Magistrate Judge