# Memorandum



Subject: **BLAKE MILLER BARAKAT**
Writ of Habeas Corpus
*United States v. Wisam A. Sharieff, et al.*
COURT No.: 2:24-CR-00485-AMM-NAD

December 3, 2024

To   Clerk of the Court
Northern District of Alabama

From   */s/ Electronic Signature*
R. Leann White
Assistant United States Attorney

Please cause a Writ of Habeas Corpus Ad Prosequendum to be issued to the Warden at the Shelby County Jail, 380 McDow Road, Columbiana, AL 35051, for BLAKE MILLER BARAKAT to appear at arraignment on December 12, 2024 at 9:30 am at the Federal Court in Hugo L. Black Courthouse in Birmingham, AL before Magistrate Judge Nicholas A. Danella.