IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 2:24-CR-00485-AMM-NAD |
| ) | |
| BLAKE MILLER BARAKAT ) | |

**MOTION FOR HEARING TO DETERNINE**

**DEFENDANT'S MENTAL COMPETENCTY TO STAND TRIAL**

COMES NOW the Defendant Blake Miller Barakat by and through her CJA counsel, Michael W. Whisonant, Sr. and moves this Honorable Court to order a hearing to determine the defendant's mental competency to stand trial pursuant to 18 U.S.C. ¶ 4241(a) and (c) and in support of said motion, says as follows:

1

1. The Defendant has filed a notice of intent to assert a defense of insanity at the time of the alleged offenses in this case pursuant to Rule 12.2(b) of the <u>Federal Rules of Criminal Procedure</u>.

2. This motion is based upon the below signed counsel's belief that there is reasonable cause to believe that the Defendant may be suffering from a severe mental disease or defect which renders her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

3. The Defendant respectfully moves pursuant to 18 U.S.C. ¶ 4242(b) that the Court order a psychiatric or psychological examination as to whether the Defendant suffered from a severe mental disease or defect which renders her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

4. Below signed counsel further moves that this Honorable Court direct that any psychiatric or psychological report produced in this case be provided to both the Defendant and the government.

5. Lastly, the Defendant moves that upon on completion of any ordered psychiatric of psychological examination, disclosure of said report to the parties, and a reasonable period of time for the parties to review the report and prepare for a hearing, that the Court Order a hearing pursuant to 18 U.S.C. ¶ 4241(c) to determine the Defendant's competency to stand trial.

Respectfully submitted this 13th day of December, 2024.

<u>s/s Michael W. Whisonant, Sr.</u>
(ASB-6905-N70M)
Whisonant Law, LLC
2320 Arlington Av. South
Birmingham, Alabama  35205
<u>Whisonantmike1@gmail.com</u>

## **CERTIFICATEOF SERVICE**

I, Michael W. Whisonant, Sr. do hereby certify that I have on this the 13th day of December 2024, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

/s/ Michael W. Whisonant, Sr.