**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ALABAMA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No. 2:24-CR-00485-AMM-NAD** |
| | **)** | |
| **BLAKE MILLER BARAKAT** | **)** | |

**MOTION FOR PRETRIAL**

**PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

COMES NOW the Defendant Blake Miller Barakat by and through her

CJA counsel, Michael W. Whisonant, Sr. and moves this Honorable Court to

order a pretrial psychiatric or psychological examination to the existence of

insanity at the time of the offense pursuant to 18 U.S.C. ¶ 4242 and in support

of said motion, says as follows:

1

1.  The Defendant has filed a notice of intent to assert a defense of insanity at the time of the alleged offense Defense in this case pursuant to Rule 12.2(b)

2.  This motion is based upon the below signed counsel's belief that there is reasonable cause to believe that the Defendant may have been suffering from a severe mental disease or defect at the time of the alleged offenses which rendering her unable to appreciate the nature and quality or wrongfulness of her actions.

3.  The Defendant  respectfully moves pursuant to 18 U.S.C. ¶ 4242(a) that the Court order  a psychiatric or psychological examination as to whether the Defendant suffered from a severe mental disease or defect at the time of the alleged offenses  rendered her unable to appreciate the nature and quality or wrongfulness of her actions.

4.  Below signed counsel further moves that this Honorable Court direct that any psychiatric or psychological report produced in this case be provided to both the Defendant and the government.

Respectfully submitted this 13th day of December, 2024.

s/s Michael W. Whisonant, Sr.

(ASB-6905-N70M)

Whisonant Law, LLC

2320 Arlington Av. South

Birmingham, Alabama  35205

*Whisonantmike1@gmail.com*

**CERTIFICATEOF SERVICE**

I, Michael W. Whisonant, Sr. do hereby certify that I have on this the

13th day of December 2024, electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of

such filing to all CM/ECF participants in this case.

/s/ Michael W. Whisonant, Sr.