IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | Case No. 2:24-CR-00485-AMM-NAD |
| ) | |
| BLAKE MILLER BARAKAT   ) | |

**<u>NOTICE OF AN INSANITY DEFENSE</u>**

COMES NOW the Defendant, Blake Miller Barakat, by and through her attorney, Michael W. Whisonant, Sr. and pursuant to Rule 12.2(a) of the <u>Rules of Criminal Procedure</u> and gives notice that the Defendant intends to assert a defense of insanity at the time of the alleged offense.

Further, pursuant to Rule 12.2(b) of the <u>Rules of Criminal Procedure</u> the Defendant gives notice that he intends to introduce expert evidence relating to a mental disease or defect or other mental condition of the defendant bearing on the issue of guilt.

Respectfully submitted, this the 13th day of December, 2024.

<u>s/s Michael W. Whisonant, Sr.</u>

(ASB-6905-N70M)
Whisonant Law, LLC
2320 Arlington Av. South
Birmingham, Alabama  35205
*Whisonantmike1@gmail.com*

1

## CERTIFICATEOF SERVICE

   I, Michael W. Whisonant, Sr. do hereby certify that I have on this the 13th day of December 2024, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants in this case.

                                                   /s/ Michael W. Whisonant, Sr.