

U.S. Department of Justice

Federal Bureau of Prisons

Federal Detention Center

Office of the Warden

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

February 18, 2025

Honorable Nicholas A. Danella
U.S. Magistrate Judge
Hugo L. Black US Courthouse
1729 5th Ave. North
Birmingham, AL 35203

RE: Barakat, Blake Miller
    Reg. No.: 50168-511
    Case No.: 2:24-cr-00485-AMM-NAD-2

Dear Judge Danella:

In accordance with your court order dated December 19, 2024, Ms. Barakat was committed to the Federal Detention Center, SeaTac, Washington (FDC SeaTac), for a period of study to determine her mental competency and criminal responsibility.

The defendant arrived at FDC SeaTac on February 12, 2025, for her 45-day evaluation. The evaluation period will end on March 29, 2025, and the report will be submitted by April 12, 2025. If the Court has questions or comments regarding the evaluation, please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

Sincerely,

A. Cooper
Warden

cc: Robin Leann White, AUSA
    Michael W. Whisonant, Sr., Defense Attorney