

U.S. Department of Justice

Federal Bureau of Prisons

Federal Detention Center

Office of the Warden

2425 South 200th Street
P.O. Box 13901
Seattle, Washington 98198-1091

April 1, 2025

Honorable Nicholas A. Danella
U.S. Magistrate Judge
Hugo L. Black US Courthouse
1729 5th Ave. North
Birmingham, AL 35203

RE: Barakat, Blake Miller
    Reg. No.: 50168-511
    Case No.: 2:24-cr-00485-AMM-NAD-2

Dear Judge Danella:

In accordance with your court order dated December 19, 2024, Ms. Barakat was committed to the Federal Detention Center, SeaTac, Washington, for a period of study to determine her mental competency and insanity. A copy of each evaluation is attached separately.

The reports are not combined because criminal responsibility is not an issue until competency is established. Each evaluation concerns a distinctly separate issue. The competency evaluation is conducted with regard to the defendant's current mental status. The criminal responsibility examination concerns the defendant's mental status only at the time of the alleged offense. The American Bar Association's Criminal Justice Mental Health Standards encourage separate reports to avoid confusing the criteria for competency to stand trial with those measuring criminal responsibility. See also Rule of Criminal Procedure 12.2(c). The ethical standards of forensic psychologists require special precaution against including potentially incriminating information about the time of the alleged offense in a competency report. This ethical standard is fulfilled by separate reports. Because two separate reports have been submitted, you now have the option of retaining the criminal responsibility findings until the issue of competency has been resolved. If the Court has questions or comments regarding the evaluation please contact Cynthia A. Low, Ph.D., Forensic Unit Psychologist, at (206) 870-5795.

Sincerely,

A. Cooper
Warden