# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:24-cr-00485-AMM-NAD-2 |
| ) | |
| BLAKE MILLER BARAKAT ) | |

## ORDER

On December 19, 2024, the defendant was committed to the custody of the Attorney General for an examination pursuant to 18 U.S.C. § 4241. Doc. 26. The court now has received a report of that examination.

Consequently, the United States Marshals Service is **DIRECTED** to initiate the transportation of the defendant to the Northern District of Alabama for further proceedings.

The Clerk is **DIRECTED** to forward a copy of this order to the Warden at the Federal Detention Center, Seattle, WA (FDC SeaTac), all counsel of record, the United States Marshals Service, and the United States Probation Office.

**DONE** and **ORDERED** this April 1, 2025.

_____
**NICHOLAS A. DANELLA**
UNITED STATES MAGISTRATE JUDGE