FILED
2025 Apr-28 PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 2:24-CR-485-AMM-NAD |
| | ) | |
| WISAM A SHARIEFF | ) | |

## MOTION TO WITHDRAW

Robin P. Robertson, court appointed attorney for the Defendant Wisam A Sharieff, moves for an Order of the Court allowing the Office of the Federal Public Defender for the Northern District of Alabama to withdraw as counsel of record because attorney Michael Hanle has been retained and entered his appearance herein.

DATED this 28th day of April, 2025.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender

**/s/ Robin P. Robertson**
Robin P. Robertson
Assistant Federal Defender
Office of the Federal Public Defender
Northern District of Alabama
505 20th Street North, Suite 1425
Birmingham, Al 35203
(205)208-7170 Office
robin_robertson@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

**/s/ Robin P. Robertson**