IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 2:24-cr-485-AMM-NAD** |
| | ) | |
| **WISAM SHARIEFF,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# MOTION FOR EXTENSION OF TIME

Comes Now, Wisam Sharieff, by and through undersigned counsel, and respectfully files his final Motion for Extension of Time in the above-styled matter. As grounds for said motion, Mr. Sharieff states as follows:

1. Undersigned counsel was recently retained in the above captioned and numbered matter which is set for a status conference June 6, 2025.

2. Undersigned counsel has a previously scheduled trip and will be out of the country from May 26, 2025 to June 13, 2025.

3. Counsel has been provided with approximately 2000 pages of paper discovery. Additionally, electronic discovery (contraband) in this matter will need to be reviewed at the FBI office in Birmingham and will take 2-3 days to complete per AUSA Leann White.

4. Additional time is requested to review the voluminous discovery in this case.

5. Undersigned has spoken with AUSA Leann White, who has no objection to an extension of time in this case.

WHEREFORE PREMISES CONSIDERED, the undersigned counsel respectfully requests an extension of no less than sixty (60) days prior to scheduling this matter for a status conference to discuss scheduling options moving forward.

RESPECTFULLY SUBMITTED,

*l/s Michael P. Hanle*
MICHAEL P. HANLE

**OF COUNSEL:**
Jaffe, Hanle, Whisonant & Knight, P.C.
2320 Arlington Ave. S.
Birmingham, AL 35205
Telephone:   205-930-9717
Email:         mhanle@rjaffelaw.com

## CERTIFICATE OF SERVICE

I hereby certify a copy was electronically filed and served on all parties in this proceeding.

*l/s Michael P. Hanle*
MICHAEL P. HANLE
