# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | } |
| | } |
| **v.** | } Case No.: 2:24cr485 AMM-NAD-2 |
| | } |
| **BLAKE MILLER BARAKAT,** | } |
| | } |
| Defendant. | } |

## ORDER SETTING SENTENCING

This case is scheduled for a sentencing hearing for Defendant, Blake Miller Barakat, on Wednesday, October 29, 2025 at 10:30 AM, in Courtroom 5B, Hugo L. Black United States Courthouse, 1729 Fifth Avenue North, Birmingham, Alabama. Counsel is reminded that the mandatory assessment fee is due at the time of sentencing.

Federal Rule of Criminal Procedure 32(f) requires that within fourteen days of receiving the presentence report from the Probation Office, the parties shall communicate in writing to the probation officer, and to each other, any objections to the presentence report.  Any sentencing memorandum is due seven calendar days after the date that objections are due. However, if either party wishes to respond to an objection or a sentencing memorandum, then such response is due within five calendar days of the filing date of the document to which a response is being made.

If the presentence report is amended, the parties shall have five calendar days from receipt of the amended presentence report to respond to the amended presentence report.  In accordance with this Rule, it is **ORDERED** that such objections and memoranda be filed with the Clerk of the Court and served on the Probation Office.

Any other documents that any party wants the court to consider at the sentencing hearing (motions, including substantial assistance motions, letters, etc.) must be filed at least one week prior to the date set for sentencing, or the court may, in its discretion, (1) decline to consider the untimely-filed document(s); (2) reset the sentencing hearing; or (3) take such other action as the court deems appropriate. Additionally, if a party plans to ask the court to hear from non-parties as part of allocution or as witnesses relating to an objection, that party shall email to the courtroom deputy (Frankie_Sherbert@alnd.uscourts.gov), at least seven calendar days before the date set for the sentencing, the names of all such persons and the amount of time that the party anticipates each such person will allocute or testify, and/or any requests for exhibit labels.

If the defendant intends to waive the 35-day disclosure requirement pursuant to Fed. R. Crim. P. 32(f), the parties must file written objections within a reasonable time prior to the day of sentencing for consideration by the court.  In the absence of

exceptionally good cause, the court will not consider objections if not made in compliance with this order.

**DONE** and **ORDERED** this 24th day of June, 2025.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE