# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **VS.** ) | Case No: 2:24cr485 AMM-NAD-1 |
| ) | |
| **WISAM A SHARIEFF,** ) | |
| **Defendant.** ) | |

## ORDER

The court has been notified that defendant, Wisam A. Sharieff, desires a hearing for the purpose of changing his plea. Accordingly, a consent hearing is scheduled in this matter on Monday, July 28, 2025 at 1:00 PM, Courtroom 5B, Hugo L. Black U.S. Courthouse, Birmingham, Alabama. **Counsel for the defendant is reminded of the requirement for e-filing the Guilty Plea Advice of Rights Form at least <u>one business day prior to the plea hearing.</u>**  Counsel is directed to notify chambers in advance if this defendant will be entering a blind plea.

**DONE** and **ORDERED** this 9th day of July, 2025.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE