FILED

2025 Nov-07 PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | )CASE NO. 2:24-cr-845-AMM-NAD-1 |
| | ) |
| WISAM SHARIEFF, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## MOTION TO CONTINUE

Comes Now, Wisam Sharieff, by and through undersigned counsel, and respectfully files his final Motion to Continue in the above-styled matter. As grounds for said motion, Mr. Sharieff states as follows:

1.    The above-styled case is set for a sentencing hearing on November 19, 2025 at 10:30 am.

2.    Counsel for Mr. Sharieff has a previously scheduled trial set to begin on November 17, 2025 in State v. Michael Bryan before the Honorable Judge Steven Wallace in the Jefferson County Circuit Court. The trial is first on the court's trial docket and all attempts to resolve the case have failed. Jury selection is expected to begin the afternoon of November 17, 2025.

3.      As a result of the above trial, counsel will be unavailable to appear for the currently scheduled sentencing hearing in this matter. Sharieff remains in the custody of the U.S. Marshall and undersigned counsel has discuss the requested continuance with him.

4.      Undersigned has provided AUSA Leann White with prior notice of the filing of this motion to continue and has not received a response concerning any objection the Government may have to the requested relief.

WHEREFORE PREMISES CONSIDERED, undersigned counsel respectfully requests that the sentencing hearing scheduled for November 19, 2025 be continued to a date and time to be determined by the Court.

RESPECTFULLY SUBMITTED,

*l/s Michael P. Hanle*
MICHAEL P. HANLE

**OF COUNSEL:**
Jaffe, Hanle, Whisonant & Knight, P.C.
2320 Arlington Ave. S.
Birmingham, AL 35205

## **CERTIFICATE OF SERVICE**

I hereby certify the foregoing was electronically filed with CM/ECF and served on all parties on this the 7th day of November 2025.

*l/s Michael P. Hanle*
MICHAEL P. HANLE