# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Case No. 2:24-CR-485-AMM-NAD-2** |
| ) | |
| **BLAKE MILLER BARAKAT,** ) | |
| *a/k/a "Hamna"* | |

## MOTION FOR ADDITIONAL FUNDS

COMES NOW undersigned counsel for defendant, Michael W. Whisonant, Sr. and respectfully moves this Honorable Court to approve additional funds in relation to his representation of the defendant and says as follows:

Undersigned counsel is a member of the Criminal Justice Act (CJA) panel of attorneys for this Court. On December 4, 2024, undersigned counsel was appointed to represent the defendant in the above-styled case. (Doc. 12)

The defendant was charged in a multi-count indictment with sexual exploitation of children. This already complex case was further complicated by mental health issues which had fully investigated and adjudicated by the Court. On June 24, 2025, the defendant plead guilty to Counts, 3, 4, and 5 of the indictment. On October 29, 2025, the defendant was sentenced to a total of 840 months in the

custody of the Bureau of Prisons and fined in excess of $ 30,000. On October 31, 2025, a judgement was entered as to the defendant in this case.

When undersigned counsel prepared his CJA voucher he found that the amount claimed in the voucher will exceed the ordinary fee limit by $ 550.00.

Undersigned counsel moves this Honorable Court to approve an additional $ 550.00 above the ordinary fee limit in this case.

Respectfully submitted this the 7th day of November, 2025.

                                          MICHAEL W. WHISONANT, SR.
                                          Attorney for Defendant