IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) CASE NO. 2:24-cr-845-AMM-NAD-1 |
| | ) |
| WISAM SHARIEFF, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

# MOTION TO SEAL EXHIBIT

Comes Now, Wisam Sharieff, by and through undersigned counsel, and respectfully files this Motion to Seal an exhibit attached to his sentencing memorandum filed with this Court on January 21, 2026. As grounds for said motion, Mr. Sharieff states as follows:

1. The above-styled case is set for a sentencing hearing on January 28, 2026 at 1:30 pm.

2. Counsel for Mr. Sharieff filed a sentencing memorandum (Doc. 73) with multiple attachments on January 21, 2026. Attachment #1 is Wisam Sharieff's sentencing narrative. Counsel inadvertently failed to realize the document contains personal identifying information.

3. After consultation with the Court, undersigned counsel now moves this Honorable Court to seal the contents of Attachment #1 to prevent that information from becoming public in accordance with the Court's policies and procedures.

WHEREFORE PREMISES CONSIDERED, undersigned counsel respectfully requests that the Court seal Attachment #1 to Document 73 as filed on January 21, 2026.

RESPECTFULLY SUBMITTED,

*l/s Michael P. Hanle*
MICHAEL P. HANLE

**OF COUNSEL:**
Jaffe, Hanle, Whisonant & Knight, P.C.
2320 Arlington Ave. S.
Birmingham, AL 35205

### CERTIFICATE OF SERVICE

I hereby certify the foregoing was electronically filed with CM/ECF and served on all parties on this the 22nd day of January 2026.

*l/s Michael P. Hanle*
MICHAEL P. HANLE