## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **V.** ) | **CASE NO.: 2:24-CR-485-AMM-NAD** |
| ) | |
| **WISAM A. SHARIEFF** ) | |
| ) | |

### SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM

Comes now the Defendant, Wisam A. Sharieff, by and through undersigned counsel, and respectfully submits this Supplement to his Sentencing Memorandum (Doc. 73) and respectfully moves this Honorable Court to consider Mr. Sharieff's Release Plan (Exhibit A) and the Transcript of Certificates (Exhibit B) he has earned while incarcerated pending sentencing in this matter.

RESPECTFULLY REQUESTED:

 /s/  Michael P. Hanle
MICHAEL P. HANLE
Attorney for Defendant
2320 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:   205/930-9717
E-mail:       mhanle@rjaffelaw.com


### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2026, I electronically filed this Sentencing Memorandum and served a copy of same on all parties by filing same with the CM/ECF electronic filing system.

 /s/  Michael P. Hanle
MICHAEL P. HANLE

EXHIBIT A

**Release Plan of Wisam Sharieff**

**Introduction / Background and Commitment to Change** I recognize the harm caused by my past actions and am fully committed to genuine transformation. My incarceration provides an opportunity to build better habits, address underlying issues (including process addictions like pornography and sex-related behaviors), strengthen my physical/mental health, improve as a parent, and develop skills for positive contribution. Success post-release means living a law-abiding life with sobriety from addictive patterns, stable family relationships, meaningful work or service, financial responsibility (including restitution), and no return to prison. I will document my progress regularly to demonstrate accountability and reduce risk.

**Planned Rehabilitation and Self-Improvement Activities In Prison** I have outlined a clear, actionable plan to use my time productively. I will track enrollment, completion dates, hours invested, and key takeaways in journals or updates to show consistent effort:

1. **Daily Yoga, Meditation, and Breathing Practices** — I plan to incorporate structured daily sessions of yoga, meditation, and controlled breathing techniques to build emotional regulation, reduce stress, manage triggers, and foster mindfulness for healthier decision-making.
2. **Dietitian Consultation and Nutrition Education** — I intend to consult with available dietitian resources or pursue nutrition education to learn sustainable healthy eating habits that support physical wellness, mental clarity, and long-term health.
3. **Fitness and Wellness Courses** — I will enroll in and complete available fitness and wellness courses to develop physical discipline, strength, and lifestyle habits that promote overall well-being.
4. **Counseling Courses and Certificate Programs** — I plan to pursue counseling-related courses and certificate programs to gain self-awareness tools, emotional management skills, and foundational knowledge for personal growth and potentially helping others.
5. **Kitchen Work Assignment** — I aim to secure (or maintain) a work assignment in the kitchen serving food, where I will learn food safety, hygiene standards, portioning, and service skills. This will prepare me to volunteer or work at a community soup kitchen upon release as a way to give back.
6. **Courses in Pornography and Sex Addiction** — I will complete available educational courses focused on understanding pornography and sex addiction, identifying triggers, developing coping strategies, and committing to healthy boundaries.
7. **Sex Addiction Program at FCI Seagoville** — I intend to enroll in and participate in the Non-Residential Sex Offender Treatment Program (SOTP-NR) or any applicable addiction-focused programming/groups available at FCI

Seagoville to address relevant issues, build accountability, and learn relapse prevention techniques.
8. **Parenting While Incarcerated Program** — I plan to complete the Parenting While Incarcerated program (or equivalent) to enhance parenting skills, improve family communication, and prepare for positive, responsible involvement with my children and family after release.
9. **Publishing Books to Help Others with Process Addictions** — I will work on writing and pursuing publication of books or materials sharing insights from my journey with process addictions (e.g., pornography/compulsive behaviors). This will serve as accountability, help others, and create a positive impact.

These planned activities form a comprehensive strategy for holistic growth—wellness, education, treatment, service, and family focus—to lower my recidivism risk and prepare for reintegration.

**Post-Release Plans**

- **Housing**: Stable residence with Dr. Gina DeBarthe at 185 Oak Hill Cluster, Independence, Mo 64057, or a reentry/sober living program as backup for structure and support.
- **Employment / Service**: Pursue food service/community kitchen roles (using kitchen hygiene skills) or wellness-related opportunities. Immediately volunteer at a soup kitchen to practice service and build references. Long-term, explore writing/advocacy or counseling support roles.
- **Ongoing Support and Treatment**: Maintain daily yoga/meditation/breathing, attend outpatient sex addiction groups (e.g., SAA), therapy, or aftercare. Continue healthy nutrition/fitness routines.
- **Family Reintegration**: Apply parenting program lessons for supervised/positive family involvement, communication, and support.
- **Financial / Restitution**: Develop a budget upon release, secure employment quickly, and make consistent restitution payments.
- **Daily Routine**: Structured schedule with work/volunteering, wellness practices, support meetings, family time, and productive habits to maintain accountability.

**Potential Challenges and Strategies**

- Challenge: Barriers to program enrollment or access in prison → Strategy: Work with case manager/unit team for approvals and alternatives; document efforts.
- Challenge: Triggers or old patterns → Strategy: Rely on planned mindfulness practices, treatment participation, and accountability checks.

- Challenge: Employment stigma → Strategy: Highlight planned skills/certificates, volunteer service, and rehabilitation evidence in applications.
- Challenge: Family reconnection → Strategy: Use parenting program tools and seek family counseling/resources.

**Support Network**

- Family: Dr. Gina DeBarthe, wife; Ayesha Sharieff, sister; and Dr. Naseem Sharieff, mother.
- Prison/Community: Program facilitators, mentors from courses, reentry organizations, addiction support groups, faith-based or wellness communities.
- Post-Release: Potential employers/volunteer sites, outpatient providers, and accountability partners.

**Commitment and Next Steps** I commit to following through on these planned activities, complying with all BOP and supervision rules, and updating this plan quarterly (or more often) with progress (e.g., enrollments, completions, reflections). Starting now, I will track steps taken toward each goal to build a verifiable record of preparation. This evolving plan reflects my dedication to change and earning the best possible outcome.

EXHIBIT B

# Transcript for WISAM SHARIEFF

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-Step Recovery Programs | E-Learning Course | - | - | 0.15 | 1.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 12-Step Recovery Programs | E-Learning Course | Dec 24, 2024 | Dec 24, 2024 | 0.15 | 1.50 | Passed | 80 | - | Dec 24, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Aug 2, 2025 | Aug 26, 2025 | 0.05 | 0.50 | Passed | 0 | - | Aug 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Aug 2, 2025 | Aug 2, 2025 | 0.05 | 0.50 | Passed | 90 | 80 | Aug 2, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Dec 8, 2024 | Dec 8, 2024 | 0.05 | 0.50 | Passed | 0 | - | Dec 8, 2024 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Jun 16, 2025 | Jul 30, 2025 | 0.2 | 2.00 | Passed | 90 | - | Jul 30, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Aug 2, 2025 | Aug 2, 2025 | 0.08 | 0.75 | Passed | 100 | - | Aug 2, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Colleagues and Subordinates | E-Learning Course | Jun 16, 2025 | Jun 16, 2025 | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Colleagues and Subordinates | E-Learning Course | Aug 2, 2025 | Aug 2, 2025 | 0.05 | 0.50 | Passed | 100 | - | Aug 2, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Communication Styles and Methods | E-Learning Course | Aug 3, 2025 | Aug 3, 2025 | 0.08 | 0.75 | Passed | 100 | - | Aug 3, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: First Impressions and Building Rapport | E-Learning Course | - | - | 0.07 | 0.67 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: First Impressions and Building Rapport | E-Learning Course | Jun 14, 2025 | Jun 14, 2025 | 0.07 | 0.67 | Passed | 80 | - | Jun 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Organizational Culture | E-Learning Course | Aug 5, 2025 | Aug 6, 2025 | 0.13 | 1.34 | Passed | 100 | - | Aug 6, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Aug 6, 2025 | Aug 14, 2025 | 0.1 | 1.00 | Passed | 90 | - | Aug 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic Spanish Skills | E-Learning Course | May 14, 2025 | Jun 14, 2025 | 0.1 | 1.00 | Passed | 80 | - | Jun 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Aug 3, 2025 | Aug 3, 2025 | 0.05 | 0.50 | Passed | 80 | - | Aug 3, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | Aug 28, 2025 | Sep 4, 2025 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Introduction to the GED | E-Learning Course | Jan 1, 2025 | Sep 27, 2025 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Introduction to Eldercare (Corrections) | E-Learning Course | Aug 14, 2025 | Aug 15, 2025 | 0.28 | 2.75 | Passed | 92 | - | Aug 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: ADHD (Corrections) | E-Learning Course | Aug 6, 2025 | Aug 6, 2025 | 0.05 | 0.50 | Passed | 80 | 80 | Aug 6, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Art and Sensory Experiences that Foster Creativity (Corrections) | E-Learning Course | Aug 14, 2025 | Aug 14, 2025 | 0.08 | 0.75 | Passed | 89 | 80 | Aug 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Autism and Bullying (Corrections) | E-Learning Course | Aug 14, 2025 | Aug 14, 2025 | 0.08 | 0.75 | Passed | 89 | 80 | Aug 14, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Children's Temperament: A Practical Approach to Meeting Individual Needs (Corrections) | E-Learning Course | Aug 5, 2025 | Aug 5, 2025 | 0.1 | 1.00 | Passed | 80 | 80 | Aug 5, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Parenting: Coping with Crying (Corrections) | E-Learning Course | Aug 15, 2025 | Aug 17, 2025 | 0.05 | 0.50 | Passed | 80 | 80 | Aug 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Cultural Competency for Children and Families (Corrections) | E-Learning Course | Aug 25, 2025 | Aug 25, 2025 | 0.05 | 0.50 | Passed | 83 | 80 | Aug 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Cyberbullying (Corrections) | E-Learning Course | Aug 25, 2025 | Aug 25, 2025 | 0.08 | 0.75 | Passed | 100 | 80 | Aug 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Down Syndrome (Corrections) | E-Learning Course | Aug 25, 2025 | Aug 25, 2025 | 0.08 | 0.75 | Passed | 89 | 80 | Aug 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Dyslexia (Corrections) | E-Learning Course | Aug 25, 2025 | Aug 25, 2025 | 0.08 | 0.75 | Passed | 86 | 80 | Aug 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Enhancing Emotional Literacy in Children from Birth to Age 3 (Corrections) | E-Learning Course | Aug 26, 2025 | Aug 26, 2025 | 0.05 | 0.50 | Passed | 90 | 80 | Aug 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Exploring Developmental Needs and Characteristics of Different Age Groups (Corrections) | E-Learning Course | Aug 27, 2025 | Aug 28, 2025 | 0.13 | 1.25 | Passed | 95 | 80 | Aug 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Food Safety Practices (Corrections) | E-Learning Course | Aug 27, 2025 | Aug 27, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Aug 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Homework Assistance (Corrections) | E-Learning Course | Aug 28, 2025 | Sep 4, 2025 | 0.05 | 0.50 | Passed | 0 | - | Sep 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Incentives and Motivation (Corrections) | E-Learning Course | Sep 4, 2025 | Sep 4, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Sep 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: SIDS and Safe Sleep (Corrections) | E-Learning Course | Aug 26, 2025 | Aug 26, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Aug 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Supporting Children and Families Through Transitions (Corrections) | E-Learning Course | Aug 27, 2025 | Aug 27, 2025 | 0.03 | 0.33 | Passed | 100 | 80 | Aug 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Supporting Growth Mindset and Self-Efficacy (Corrections) | E-Learning Course | Sep 4, 2025 | Sep 4, 2025 | 0.05 | 0.50 | Passed | 100 | 80 | Sep 4, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Supporting Self-Awareness and Self-Management (Corrections) | E-Learning Course | Aug 28, 2025 | Aug 28, 2025 | 0.08 | 0.75 | Passed | 100 | 80 | Aug 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Supporting Social Awareness and Interpersonal Skills (Corrections) | E-Learning Course | Aug 27, 2025 | Aug 28, 2025 | 0.08 | 0.75 | In Progress | 40 | 80 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: Youth Development Trends: Focus on Older Youth (Corrections) | E-Learning Course | Aug 26, 2025 | Aug 26, 2025 | 0.13 | 1.25 | Passed | 88 | 80 | Aug 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 139-Boonk Gang to Holy Gabbana | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Real Vida TV: 139-Boonk Gang to Holy Gabbana | E-Learning Course | - | - | 0 | 0.00 | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |